| SUMMARY OF WESTERN UNION AND MONEYGRAM TRANSACTIONS FROM KNOWN VICTIMS AND PAYMENTS TO MIKE OKPAKO | | | WESTERN UNION RECORDS | | | | | | MONEYGRAM RECORDS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | PAYMENTS TO OKPAKO | | PAYMENTS TO OTHERS | | TOTALS | | PAYMENTS TO OKPAKO | | PAYMENTS TO OTHERS | | TOTALS | |
| SENDER | TOTAL NO. OF PAYMENTS | TOTAL AMOUNT SENT USD | NO. | TOTAL USD | NO. | TOTAL USD | NO. | TOTAL USD | NO. | TOTAL USD | NO. | TOTAL USD | NO. | TOTAL USD |
| **VICTIMS TIED TO OKPAKO:** | | | | | | | | | | | | | | |
| ALLANSON, PAUL | 34 | 14,089.80 | 1 | 27.57 | 33 | 14,062.23 | 34 | 14,089.80 | | | | | | |
| BARRETT, DAVID | 30 | 9,306.00 | 4 | 4,450.00 | 26 | 4,856.00 | 30 | 9,306.00 | | | | | | |
| BASAL, ONER OSMAN | 3 | 250.00 | 3 | 250.00 | | | 3 | 250.00 | | | | | | |
| BENDER, MITCHELL | 101 | 51,835.00 | 9 | 4,925.00 | 19 | 5,670.00 | 28 | 10,595.00 | 7 | 5,005.00 | 66 | 35,335.00 | 73 | 41,240.00 |
| BOISVERT, RICHARD | 119 | 46,405.92 | | | | | | | | | 119 | 46,405.92 | 119 | 46,405.92 |
| CLAYTON INVESTMENT MICHAEL PYLE | 309 | 23,632.00 | 3 | 440.00 | 306 | 23,192.00 | 309 | 23,632.00 | | | | | | |
| COHORST, MARY JO | 1 | 1,400.00 | | | 1 | 1,400.00 | 1 | 1,400.00 | | | | | | |
| COHORST, ROBERT / ROBERT P | 170 | 71,611.00 | | | 71 | 37,521.00 | 71 | 37,521.00 | | | 99 | 34000 | 99 | 34,000.00 |
| COTTON, DAVID | 1 | 400.00 | | | 1 | 400.00 | 1 | 400.00 | | | | | | |
| CRUZ, GUILLERMO | 82 | 66,295.00 | 1 | 300.00 | 78 | 65,665.00 | 79 | 65,965.00 | | | 3 | 330 | 3 | 330.00 |
| DANIELS, KATHERN B | 33 | 4,020.00 | 1 | 220.00 | 32 | 3,800.00 | 33 | 4,020.00 | | | | | | |
| DAVID CRAWFORD | 59 | 19,620.00 | 2 | 200.00 | 57 | 19,420.00 | 59 | 19,620.00 | | | | | | |
| DUNLAP, TOM | 39 | 6,331.00 | | | 39 | 6,331.00 | 39 | 6,331.00 | | | | | | |
| GEORGE PERRY | 333 | 35,832.00 | 9 | 425.00 | 324 | 35,407.00 | 333 | 35,832.00 | | | | | | |
| GLOOR / GLOR, NANCY | 76 | 49,228.00 | 1 | 1,600.00 (c) | 75 | 47,628.00 | 76 | 49,228.00 | | | | | | |
| HAGOPIAN, BARKEV | 49 | 11,096.00 | 3 | 1,650.00 (a) | 46 | 9,446.00 | 49 | 11,096.00 | | | | | | |
| HART, ORVILLE | 32 | 19,430.00 | | | 30 | 16,730.00 | 30 | 16,730.00 | | | 2 | 2,700.00 | 2 | 2,700.00 |
| HATCHER, JAMES A | 50 | 48,690.00 | 5 | 1,710.00 | 45 | 46,980.00 | 50 | 48,690.00 | | | | | | |
| JAQUIER, STEPHANE | 85 | 64,729.88 | 1 | 139.43 | 84 | 64,590.45 | 85 | 64,729.88 | | | | | | |
| LAMBERT, CELINE | 241 | 177,233.78 | 1 | 750.00 (c) | | | 1 | 750.00 | | | 240 | 176,483.78 | 240 | 176,483.78 |
| LECLERC, CELINE | 15 | 10,642.76 | 5 | 3350.00 (c) | | | 5 | 3,350.00 | | | 10 | 7,292.76 | 10 | 7,292.76 |
| LOPEZ, JOSEPH | 26 | 7,397.00 | 3 | 1,090.00 | 23 | 6,307.00 | 26 | 7,397.00 | | | | | | |
| LOUIS, VICENT PIERRE | 1 | 2,502.25 | 1 | 2,502.25 | | | 1 | 2,502.25 | | | | | | |
| LUMINGKIT, AIDA CABRERA | 1 | 145.00 | 1 | 145.00 | | | 1 | 145.00 | | | | | | |
| MA, SEOKUK | 2 | 350.00 | | | 2 | 350.00 | 2 | 350.00 | | | | | | |
| MAUTI, BRUNO | 58 | 57,955.00 | 1 | 1200.00 (c) | 39 | 41,875.00 | 40 | 43,075.00 | | | 18 | 14,880.00 | 18 | 14,880.00 |
| MCKINNON, KATHLEEN | 84 | 28,038.00 | | | 39 | 12,308.00 | 39 | 12,308.00 | | | 45 | 15,730.00 | 45 | 15,730.00 |
| MEANS, ALLIN M | 3 | 575.00 | | | 3 | 575.00 | 3 | 575.00 | | | | | | |
| MICHAEL JACK SMITH | 4 | 6,801.85 | 1 | 2,471.65 | 3 | 4,330.20 | 4 | 6,801.85 | | | | | | |
| MINTER, CLIFF | 4 | 685.00 | | | 4 | 685.00 | 4 | 685.00 | | | | | | |
| NUTTIN, RENAAT | 34 | 20,435.77 | 9 | 16,027.19 | 25 | 4,408.58 | 34 | 20,435.77 | | | | | | |
| OGILIVE, FITZ | 13 | 6,970.00 | 5 | 2,520.00 | 8 | 4,450.00 | 13 | 6,970.00 | | | | | | |
| PANDELOS, MICHAEL | 152 | 71,587.55 | 6 | 340.00 (d) | 142 | 60,696.57 | 148 | 61,036.57 | | | 4 | 10,550.98 | 4 | 10,550.98 |
| PERRY, HENRY | 500 | 32,720.50 | 1 | 50.00 | 499 | 32,670.50 | 500 | 32,720.50 | | | | | | |
| RC HOWARD | 130 | 44,818.00 | 3 | 380.00 | 127 | 44,438.00 | 130 | 44,818.00 | | | | | | |
| ROULIN, PASCAL | 3 | 1,824.73 | 1 | 766.98 | 2 | 1,057.75 | 3 | 1,824.73 | | | | | | |
| SALEEM, TAQIYY S / TAQIYY | 4 | 2,650.00 | 3 | 2,150.00 | 1 | 500.00 | 4 | 2,650.00 | | | | | | |
| SALINAS, JORGE | 1 | 102.18 | 1 | 102.18 | | | 1 | 102.18 | | | | | | |
| SILVEY, JAMES | 95 | 16,920.00 | 1 | 210.00 | 94 | 16,710.00 | 95 | 16,920.00 | | | | | | |
| SKELTON, DENNIS | 6 | 1,610.00 | 2 | 260.00 | 4 | 1,350.00 | 6 | 1,610.00 | | | | | | |
| SLOSS, JOHN | 48 | 5,997.12 | 2 | 59.12 | 46 | 5,938.00 | 48 | 5,997.12 | | | | | | |
| SMITH, RICHARD / R D / DUANE / RUSSELL | 94 | 59,695.15 | 7 | 2930.00 | 87 | 56,765.15 | 94 | 59,695.15 | | | | | | |
| ST LOUIS, ANTHONY | 14 | 6,670.00 | 9 | 3,920.00 | 5 | 2,750.00 | 14 | 6,670.00 | | | | | | |
| ST LOUIS, EUSTACE | 79 | 43,118.00 | 3 | 1,000.00 | 76 | 42,118.00 | 79 | 43,118.00 | | | | | | |
| ST LOUIS, STEPHEN | 111 | 46,570.00 | 4 | 1,150.00 | 107 | 45,420.00 | 111 | 46,570.00 | | | | | | |
| TINGLE, BRUCE | 266 | 59,226.00 | | | 265 | 59,126.00 | 265 | 59,126.00 | | | 1 | 100.00 | 1 | 100.00 |
| VALENTINO, MICHEL | 3 | 2,441.88 | 3 | 2,441.88 | | | 3 | 2,441.88 | | | | | | |
| VAN VELSON, KEVIN | 6 | 720.00 | | | 6 | 720.00 | 6 | 720.00 | | | | | | |
| VORKAUF, MARIO | 1 | 289.73 | 1 | 289.73 | | | 1 | 289.73 | | | | | | |
| WILDE, LEIGH | 107 | 45,307.00 | | | 106 | 45,107.00 | 106 | 45,107.00 | | | 1 | 200.00 | 1 | 200.00 |
| WRAIGHT, MARIA GRACE | 1 | 188.13 | 1 | 188.13 | | | 1 | 188.13 | | | | | | |
| YIN, XIAODONG | 1 | 145.00 | 1 | 145.00 | | | 1 | 145.00 | | | | | | |
| **GRAND TOTAL** | 3,714 | 1,306,533.97 | 119 | 62,776.10 | 2960 | 893,754.43 | 3,099 | 956,530.53 | 7 | 5,905.00 | 608 | 344,098.44 | 615 | 350,003.44 |
| | | | | | | | | | | | | | | |
| TOTAL SENT TO MIKE OKPAKO | 116 | 61,381.10 | | | | | | | | | | | | |
| TOTAL SENT TO MARTINE JANVIER | 10 | 7,300.00 | | | | | | | | | | | | |
| TOTAL SENT TO OTHERS | 3,598 | 1,237,852.87 | | | | | | | | | | | | |
| **TOTAL** | 3,714 | 1,306,533.97 | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **OTHER PAYMENTS:** | | | | | | | | | | | | | | |
| BILDERBACK, PAUL | 88 | 135,132.38 | | | 87 | 133,232.38 | 87 | 133,232.38 | | | 1 | 1,900.00 | 1 | 1,900.00 |
| JANVIER, MARTINE | 13 | 8,375.00 | 13 | 8,375.00 | | | 13 | 8,375.00 | | | | | | |
| KAWECKI, WITOLD | 81 | 60,941.99 | | | 81 | 60,941.99 | 81 | 60,941.99 | | | | | | |
| UNIDENTIFED CANADIAN PAYMENTS | 104 | 72,453.92 | 48 | 19,322.62 | 56 | 53,131.30 | 104 | 72,453.92 | | | | | | |
| **TOTAL** | 286 | 276,903.29 | 61 | 27,697.62 | 224 | 247,305.67 | 285 | 275,003.29 | | | 1 | 1,900.00 | 1 | 1,900.00 |

(a) INCLUDES $300 PAYMENT SENT TO MARTINE JANVIER
(b) DOES NOT INCLUDE PAYMENTS SENT TO MIKE OKPAKO OR MARTIN JANVIER SO AS TO NOT DOUBLE COUNT; PAYMENTS FROM OTHER SENDERS/VICTIMS IMMEDIATELY PRECEDE PAYMENTS TO OKPAKO AND JANVIER
(c) PAYMENT SENT TO MARTINE JANVIER
(d) INCLUDES $100 PAYMENT SENT TO MARTINE JANVIER